NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELENI MERMINAS,<br><br>               Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., et al.,<br><br>               Defendants. | Civil Action No.: 2:16-cv-03048<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge James B. Clark to remand this matter to New Jersey Superior Court, Morris County, Law Division. (ECF No. 31). The deadline to file objections to Judge Clark's Report and Recommendation was August 9, 2018, and no objections have been filed thereto. The Court has considered the background and history of this case along with Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein:

**IT IS** on this 10th day of August, 2018

**ORDERED** that this Court adopts Judge Clark's July 26, 2018 Report and Recommendation that this matter be remanded to New Jersey Superior Court, Morris County, Law Division; and it is further

**ORDERED** the Clerk of Court shall **CLOSE** the file in this matter.

**SO ORDERED.**

                                                               CLAIRE C. CECCHI, U.S.D.J.